IN THE UNIITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| VIRGINIA MOODY,<br><br>    Plaintiff,<br><br>vs.<br><br>SALT LAKE COUNTY, CAPTAIN RICHARD CHURCH, JOHN AND JANE DOES 1-5,<br><br>    Defendants. | **REPORT AND RECOMMENDATION RE: SALT LAKE COUNTY'S MOTION TO DISMISS PURSUANT TO RULE 41(b) (ECF NO. 22)**<br><br>Case No. 2:16-cv-01243<br><br>Judge Clark Waddoups<br><br>Magistrate Judge Evelyn J. Furse |

    Before the Court[1] is Salt Lake County's Motion to Dismiss Pursuant to Rule 41(b). (ECF No. 22.) Salt Lake County moves to dismiss Plaintiff Virginia Moody's case with prejudice for failure to prosecute and failure to comply with the Court's October 3, 2017 Order granting her counsel's motion to withdraw and ordering Ms. Moody or her new counsel to file a notice of appearance by October 24, 2017. (Id.) Neither Ms. Moody nor any counsel on her behalf filed the required notice of appearance by October 24, 2017.

    On April 20, 2018, Salt Lake County filed a motion asking the Court to toll the April 23, 2018 deadline for filing dispositive motions, and indicated that it intended to file a motion to dismiss pursuant to Fed. R. Civ. P. 41(b) given Ms. Moody's failure to comply with the Court's October 3, 2017 Order or otherwise prosecute her case. (ECF

---

[1] District Judge Clark Waddoups referred this case to the undersigned magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B). (ECF No. 18.)

1

No. 22.)  On April 23, 2018, Salt Lake County filed its Motion to Dismiss Pursuant to Rule 41(b), which is the motion presently before the Court.  (ECF No. 22.)  On April 30, 2018, Ms. Moody filed a Notice of Appearance (ECF No. 25) indicating that she is now appearing in the matter pro se and hoped to have counsel enter an appearance within forty-five days, and responded to Salt Lake County's Motion to Toll (ECF No. 27), which the Court had already decided.  Ms. Moody claimed in her response that she "only recently learned that she was to obtain replacement counsel or appear pro se," and requested a hearing to discuss the matter and set new case management dates.  (Id.)  However, Ms. Moody did not respond to Salt Lake County's Motion to Dismiss.

On May 18, 2018, Salt Lake County filed a reply, which noted Ms. Moody's failure to respond to its Motion to Dismiss.  (ECF No. 29.)  Given Ms. Moody's failure to respond, the Court issued an Order requiring Ms. Moody to show cause why this case should not be dismissed for failure to prosecute, including her failure to respond to the Salt Lake County's Motion to Dismiss, and failure to appear or appoint counsel in a timely manner after the Court's October 3, 2017 Order.  (ECF No. 30.)  The Court ordered a response by June 4, 2018.  (Id.)  On June 4, Ms. Moody filed a response to Salt Lake County's Motion to Dismiss, (ECF Nos. 31 & 32), which is in substance a response to the Court's Order to Show Cause.

The Tenth Circuit has held that dismissal with prejudice under Fed. R. Civ. P. 41(b) "is a drastic sanction that should be employed only as a last resort."  Davis v. Miller, 571 F.3d 1058, 1061 (10th Cir. 2009).  This is so "'[b]ecause dismissal with

prejudice defeats altogether a litigant's right to access to the courts . . .'" Id. (quoting Meade v. Grubbs, 841 F.2d 1512, 1520 n. 6 (10th Cir.1988)).

Given the Tenth Circuit's admonition that dismissal of a case with prejudice should be employed only as a "last resort," and the fact Ms. Moody has now entered an appearance in this case and indicated her intent to move forward with her claims, the Court finds that dismissal of her case with prejudice pursuant to Fed. R. Civ. P. 41(b) would be improper. Furthermore, in light of Ms. Moody's pro se status, the explanations provided in her response to the Court's Order to Show Cause, and the fact that she appears ready to prosecute her case, the Court finds that dismissal of her case without prejudice pursuant to Fed. R. Civ. P. 41(b) is also not warranted at this time.

## RECOMMENDATION

For the reasons stated above, the undersigned RECOMMENDS the District Judge DENY Salt Lake County's Motion to Dismiss Pursuant to Rule 41(b) (ECF No. 22).

The Court will send copies of this Report and Recommendation to the parties and hereby notifies them of their right to object to the same. The Court further notifies the parties that they must file any objection to this Report and Recommendation with the clerk of the district court, pursuant to 28 U.S.C § 636(b) and Fed. R. Civ. P. 72(b), within fourteen (14) days of receiving it. Failure to file objections may constitute waiver of objections upon subsequent review.

DATED this 7th day of June, 2018.

_____
The Honorable Evelyn J. Furse
United State Magistrate Judge